UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS CLEMMONS,

    Plaintiff,

                        Case No. 1:06-cv-615

v

                        Hon. Wendell A. Miles

MDOC EMPLOYEE RUO SCHILLING,

    Defendant.

_____/

## JUDGMENT APPROVING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        On September 20, 2006, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that plaintiff Marcus Clemmons' complaint be dismissed for failure to state a claim. Plaintiff has filed objections to the R & R (docket no. 5). The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, the relevant portions of the file, and plaintiff's objections, agrees with the reasoning and recommended disposition contained in the R & R.

        The court therefore approves and adopts the R & R as the decision of the court.

        Entered this 30th day of October, 2006.

                                                /s/ Wendell A. Miles
                                                Wendell A. Miles
                                                Senior U.S. District Judge